UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - x

United States of America,

    vs.

                                                   19 CR 893 (LAK)

DONALD LAGUARDIA,
        Defendant

- - - - - - - - - - - - - - - - x

TO THE UNITED STATES MARSHAL
SOUTHERN DISTRICT OF NEW YORK:

The defendant is ordered remanded into the custody of the U.S. Marshal until satisfaction of all bail conditions.

DATED: February 5, 2020

                                                  Lewis A. Kaplan
                                       United States District Judge