

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 26, 2020

**BY ECF AND EMAIL**

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    United States v. Donald Laguardia
                 19 Cr. 893 (LAK)

Dear Judge Kaplan:

      The parties respectfully submit this letter in response to the Court's inquiry during the June 17, 2020 status conference regarding the parties' positions on waiving a jury trial. At this time, there is not unanimous agreement to a non-jury trial.

                                        Respectfully submitted,

                                        AUDREY STRAUSS
                                        Acting United States Attorney for the
                                        Southern District of New York

                            By: *[signature]*
                                        Daniel M. Loss
                                        Assistant United States Attorney
                                        (212) 637-6527

cc:      All Counsel of Record (by ECF)