UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,

v.

DONALD LAGUARDIA,

              Defendant.

------------------------------------------------------------x

19-CR-893 (LAK)

## STIPULATION AND [~~PROPOSED~~] ORDER

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for Donald LaGuardia and the United States of America that:

1. The deadline for Donald LaGuardia to file a motion for a bill of particulars shall be extended from June 30, 2020 to July 1, 2020.

2. The deadline for the United States to file its opposition shall be extended from July 14, 2020 to July 15, 2020.

3. The deadline for Donald LaGuardia to file his reply shall be extended from July 22, 2020 to July 23, 2020.

/s/ Eric M. Creizman
Eric M. Creizman (EC7684)
Armstrong Teasdale LLP
919 Third Avenue, Fl. 37
New York, New York 10022
Tel: (212) 209-4358
Email: ecreizman@atllp.com
*Attorneys for Donald LaGuardia*

/s/ Daniel M. Loss
Daniel M. Loss
Assistant United States Attorney
United States Attorney's Office
Southern District of New York
1 St. Andrew's Plaza
New York, New York 10007
Tel: (212) 637-6527
Email: daniel.loss@usdoj.gov

SO ORDERED:

_____
Hon. Lewis A. Kaplan
United States District Judge

6/30/2020