UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
UNITED STATES OF AMERICA,

      -against-　　　　　　　　　　　　　　　　　　　　　　　19-cr-893 (LAK)

DONALD LAGUARDIA,

                 Defendant.
------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

    Defendant's motion for a bill of particulars [Dkt. 44] is denied, substantially for the reasons stated in the government's opposition memorandum [Dkt. 47].

    SO ORDERED.

Dated:    July 29, 2020

                                                  _____
                                                      Lewis A. Kaplan
                                                 United States District Judge