UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,

          -against-                                        19-cr-0893 (LAK)

DONALD LAGUARDIA,

                      Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE

LEWIS A. KAPLAN, *District Judge.*

       The Court is advised by the Clerk's office that this case is the first backup to others scheduled for trial on November 4, 2020 or subsequently in the last quarter of calendar year 2020. It will not sit between shortly before Christmas through the end of the year. Accordingly, the parties should be prepared for trial on November 4 and, if not reached on that date, thereafter consistent with the foregoing.

       SO ORDERED.

Dated:      August 31, 2020

                                            /s/    Lewis A. Kaplan
                                         _____
                                                 Lewis A. Kaplan
                                           United States District Judge