UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

        -against-                                                         19-cr-0893 (LAK)

DONALD LaGUARDIA,

        Defendant.
------------------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

      All motions *in limine* and requests for jury instructions shall be filed on or before October 15, 2020.

      SO ORDERED.

Dated:       September 26, 2020

                                                                     _____
                                                                           Lewis A. Kaplan
                                                            United States District Judge