UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
UNITED STATES OF AMERICA,

          -against-                                                   19-cr-893 (LAK)

DONALD LAGUARDIA,

                  Defendant.
------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

       Trial will commence at 9:30 AM on November 4, 2020. Accordingly, both parties are directed to have their witnesses ready to appear beginning on that date. Any witnesses that are traveling from outside the State of New York shall comply with Governor Cuomo's Executive Order 205, which requires all individuals traveling into New York from states with significant rates of transmission of COVID-19 to quarantine for a 14-day period from the time of their last contact.[1] The government's motion *in limine* [DI 60] is denied.

       SO ORDERED.

Dated:      October 20, 2020

                                                         _____
                                                         Lewis A. Kaplan
                                                       United States District Judge

---

[1] *See* https://coronavirus.health.ny.gov/covid-19-travel-advisory.