

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

December 22, 2020

**BY ECF**

Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   *United States* v. *Donald LaGuardia*, 19 Cr. 893 (LAK)

Dear Judge Kaplan:

    Please be advised that I am leaving the United States Attorney's Office for other employment. Accordingly, please remove me as counsel of record in the above-captioned case.

    Thank you very much for the Court's consideration.

    Respectfully submitted,

    AUDREY STRAUSS
    Acting United States Attorney

By:   /s/
    Max Nicholas
    Assistant United States Attorney
    (212) 637-1565