

Eric M. Creizman
Direct  **T** 212.209.4358  **F** 212.409.8385
ECreizman@atllp.com

February 25, 2021

*By ECF and Courtesy Copy by Email to Chambers*

The Honorable Lewis A. Kaplan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Donald LaGuardia*, 19-CR-893 (LAK)

Dear Judge Kaplan:

    I represent Donald LaGuardia in the above-referenced action.

    I am writing to respectfully request an adjournment of Mr. LaGuardia's sentencing hearing, scheduled for March 10, 2021, to a date during the week of April 19-23, 2021 that is convenient to the Court.  The extension of time will enable me to adequately prepare a sentencing submission on behalf of Mr. LaGuardia and to address with the government certain disputed facts identified in the Presentence Report in an effort to avoid the need for a *Fatico* hearing.  I have discussed this application with Assistant United States Attorney Daniel Loss, and the government does not oppose this request.

    Mr. LaGuardia has not previously sought any adjournment of his sentencing hearing.

    I thank the Court for its consideration in this matter

Respectfully submitted,
/s/ Eric M. Creizman
Eric M. Creizman

Hon. Lewis A. Kaplan
February 25, 2021
Page 2

    cc:    Daniel Loss, Esq. (by ECF and Email)
              Assistant United States Attorney

              U.S. Probation Officer Heather Korman (by email)