UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
UNITED STATES OF AMERICA,

-against-   19-cr-0893 (LAK)

DONALD LAGUARDIA,

Defendant.
------------------------------------- x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

      The government shall respond to defendant's motion for a further postponement of his sentencing on or before April 7, 2021.

      SO ORDERED.

Dated:   March 31, 2021

                                                            Lewis A. Kaplan
                                             United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/31/2021