

Eric M. Creizman
Direct T 212.209.4358  F 212.409.8385
ECreizman@atllp.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/21

**MEMO ENDORSED**

June 9, 2021

*By ECF and Email*

The Honorable Lewis A. Kaplan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Donald LaGuardia*, 19-CR-893 (LAK)

Dear Judge Kaplan:

   On behalf of Donald LaGuardia, I write to respectfully request a further adjournment of his sentencing hearing, which is scheduled for June 22, 2021. For the reasons set forth below, I intend to seek a three-month adjournment of Mr. LaGuardia's sentencing hearing, which the government opposes, in part because it has insufficient information to evaluate and take a position with respect to that request. I understand and appreciate the government's position in that regard, and believe that both the Court and the government would benefit from more detailed information supporting our request for a three-month adjournment. Nevertheless, given that Mr. LaGuardia's sentencing hearing is scheduled to take place less than two weeks from today, I respectfully request a four-week adjournment of Mr. LaGuardia's sentencing hearing to July 20, 2021 or a date thereafter convenient to the Court.[1] The government does not oppose that request.

   A four-week adjournment will enable both the government and the Court to receive additional information relevant to my request for a lengthier adjournment. Furthermore,

---

[1] I am unavailable to appear on July 22, 2021 because of a sentencing hearing for a client scheduled for that morning in the United States District Court for the District of New Jersey in its courthouse located in Trenton.

Handwritten endorsement: Sentencing adjourned until 4:00 p.m. on July 20, 2021. All submissions due by July 10, 2021. No further delay is likely.
SO ORDERED
LEWIS A. KAPLAN, USDJ
6/9/21

ARMSTRONG TEASDALE   LLP
ArmstrongTeasdale.com

919 THIRD AVENUE, 37TH FLOOR, NEW YORK, NY 10022-3908  T  212.209.4400