```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
UNITED STATES OF AMERICA              :    ORDER OF
                                      :    RESTITUTION
           - v. -                     :
                                      :    19 Cr. 893 (LAK)
DONALD LAGUARDIA,                     :
                                      :
                    Defendant.        :
                                      :
------------------------------------- X
```

Upon the application of the United States of America, by its attorney, Audrey Strauss, United States Attorney for the Southern District of New York, Daniel Loss, Assistant United States Attorney, of counsel; the presentence report; the Defendant's conviction on Count Three of the above Indictment; and all other proceedings in this case it is hereby ORDERED that:

1. **Amount of Restitution.** DONALD LAGUARDIA, the defendant, shall pay restitution to the known victims of the offense charged in Count Three of the Indictment in the total amount of $4,039,872.46. The name and amount of restitution owed to each victim of the offense charged in Count Three is set forth in the Schedule of Victims attached hereto. To the extent that payments are made to victims from Frontier Fund assets, including the assets presently held in a custody account at Northern Trust, the amounts of such payments, if any, shall be reduced from Laguardia's restitution obligations.

1

Case 1:19-cr-00893-LAK   Document 110-1   Filed 07/19/21   Page 2 of 2

2. **Sealing.** Consistent with 18 U.S.C. §§ 3771(a)(8) ad 3663(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of the victims, the Schedule of Victims attached hereto shall be filed under seal, except that copies may be retained or used or disclosed by the Government, the Clerk's Office, and the Probation Department, as need be to effect and enforce this Order, without further order of this Court.

Dated:  New York, New York
        July 22, 2021

SO ORDERED:

_____
HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE