

**MEMO ENDORSED**

Eric M. Creizman
Direct **T** 212.209.4358  **F** 212.409.8385
ECreizman@atllp.com

Granted.

/s/ Lewis A. Kaplan      /BT    7/30/21
United States District Judge

July 29, 2021

*By ECF and Email*

The Honorable Lewis A. Kaplan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    **Re:**    *United States v. Donald LaGuardia*, **19-CR-893 (LAK)**

Dear Judge Kaplan:

    On behalf of Donald LaGuardia, I am writing to respectfully request that the Court order a temporary modification to Mr. LaGuardia's conditions of release to permit him to travel with his son by car from their home in Lavallette, New Jersey to Blacksburg, Virginia leaving on Sunday, August 15, 2021, and returning on Tuesday, August 17, 2021.  Mr. LaGuardia's son will be matriculating at Virginia Tech University, and Mr. LaGuardia would like to help his son move into student housing.  If the Court grants this application, Mr. LaGuardia will promptly provide Pretrial Services with his confirmed itinerary and contact information.

    I have discussed this application with Assistant United States Attorney Daniel Loss and SDNY Pretrial Services Officer Dominique Jackson.  Both the United States Attorney's Office and SDNY Pretrial Services take no position on this request.

    Mr. LaGuardia's conditions of release include a $1 million personal recognizance bond, secured by $75,000 in cash plus three properties, and four financially responsible sureties.  His travel is restricted to the District of New Jersey and the Southern and Eastern Districts of New York.  To date, Mr. LaGuardia has complied with all of the conditions of his release.