

Eric M. Creizman

Direct T 212.209.4358  F 212.409.8385

ECreizman@atllp.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-15-21

September 10, 2021

*By ECF and Courtesy Copy by Email*

The Honorable Lewis A. Kaplan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Donald LaGuardia*, 19-CR-893 (LAK)

Dear Judge Kaplan:

    At Donald LaGuardia's sentencing hearing on July 20, 2021, the Court ordered that Donald LaGuardia voluntarily surrender to the institution designated by the Bureau of Prisons to begin serving his sentence of incarceration. The Court advised defense counsel, however, that if the Bureau of Prisons has not designated Mr. LaGuardia to surrender to an institution at least ten days in advance of the surrender date, defense counsel should notify counsel for the government and Chambers. As Your Honor said, if necessary, and assuming that Mr. LaGuardia has complied with all of the conditions of his release, the Court would be inclined extend the deadline for Mr. LaGuardia to self-surrender in order to avoid Mr. LaGuardia having to surrender to the United States Marshals Service at the Courthouse.

    To date, Mr. LaGuardia has not received any communication from the Bureau of Prisons or the United States Marshals Service advising him of his designation. Moreover, Mr. LaGuardia has complied with all conditions of bail. Accordingly, I respectfully request that the Court extend Mr. LaGuardia's deadline to voluntarily surrender by one month or a date that the Court determines is reasonable in order to enable Mr. LaGuardia to self-surrender to the institution designated by the Bureau of Prisons instead of having to surrender to the United States Marshals Service.

    I have discussed this application with Assistant United States Attorney Daniel Loss and the government does not object.

ARMSTRONG TEASDALE  |  LLP
ArmstrongTeasdale.com

919 THIRD AVENUE, 37TH FLOOR, NEW YORK, NY 10022-3908  T  212.209.4400

Hon. Lewis A. Kaplan
September 10, 2021
Page 2

I thank the Court for its consideration in this matter.

Respectfully submitted,

*Eric M. Creizman*
Eric M. Creizman

cc:   Daniel Loss, Esq., Assistant United States Attorney (by ECF and email)
      Dominique Jackson, United States Pretrial Services Officer, SDNY (by email)
      Lura Jenkins, United States Pretrial Services Officer, DNJ (by email)

Surrender date to BOP changed to 10/13/21. If ∆ has not surrendered to BOP by then, he shall surrender to USMarshal SDNY bu 10/14/21 AUSOC 2 [illegible]

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ
9/15/21

ARMSTRONG TEASDALE LLP