UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

United States

          Plaintiff,

Case No. 19-CR-893 (LAK)

-against-

Donald LaGuardia

          Defendant.

------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✔] I have cases pending      [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Eric Creizman
_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: EC7684     My State Bar Number is: 3054914

I am,

[✔] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM: FIRM NAME: Armstrong Teasdale LLP
FIRM ADDRESS: 919 Third Avenue, Fl. 37, New York, New York 10022
FIRM TELEPHONE NUMBER:_____
FIRM FAX NUMBER:_____

NEW FIRM: FIRM NAME: Armstrong Teasdale LLP
FIRM ADDRESS: 7 Times Square, Fl. 44, New York, New York 10036
FIRM TELEPHONE NUMBER:_____
FIRM FAX NUMBER:_____

[ ] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 12/5/2021

/S/ Eric M. Creizman
_____
ATTORNEY'S SIGNATURE