

Eric M. Creizman
Direct  **T** 212.209.4358  **F** 212.409.8385
ECreizman@atllp.com

December 9, 2021

*By ECF and Email*

The Honorable Lewis A. Kaplan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:     *United States v. Donald LaGuardia*, **19-CR-893 (LAK)**

Dear Judge Kaplan:

I represent Donald LaGuardia in the above-referenced action.

Mr. LaGuardia was released on a $1 million personal recognizance bond secured by $75,000 in cash plus three properties, and co-signed by four financially responsible sureties. On October 13, 2021, Mr. LaGuardia timely surrendered to the institution designated by the Bureau of Prisons. Accordingly, I respectfully request that the Court enter an order exonerating the bond and the sureties.

I thank the Court for its consideration in this matter.

Respectfully,

/s/ Eric M. Creizman
Eric M. Creizman

cc:     Daniel M. Loss, Assistant United States Attorney (by ECF and email)