

Eric M. Creizman
Direct **T** 212.209.4358  **F** 212.409.8385
ECreizman@atllp.com

December 9, 2021

*By ECF and Email*

The Honorable Lewis A. Kaplan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:     *United States v. Donald LaGuardia*, **19-CR-893 (LAK)**

Dear Judge Kaplan:

I represent Donald LaGuardia in the above-referenced action.

I inadvertently filed the wrong document in support of Mr. LaGuardia's motion to exonerate his appearance bond and the sureties as ECF No. 125. Please disregard that letter. The correct letter motion is filed as ECF No. 126. I respectfully request that the Court strike ECF No. 125 from the docket.

I thank the Court for its consideration in this matter.

Respectfully,

/s/ Eric M. Creizman
Eric M. Creizman

cc:     Daniel M. Loss, Assistant United States Attorney (by ECF and email)